53 So.2d 890

### Arthur LAMAR v. CITY OF BIRMINGHAM.

6 Div. 295.

Supreme Court of Alabama.

June 14, 1951.

Rehearing Denied June 30, 1951..

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

698

FOSTER, Justice.

Petition of Arthur Lamar for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Lamar v. City of Birmingham, 53 So.2d 895 (6 Div. 181).

Writ denied.

LIVINGSTON, C. J., and BROWN and SIMPSON, JJ., concur.